1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS J. KEIZER and JEANETTE M. KEIZER**<br><br>    Plaintiffs,<br><br>v.<br><br>**FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,**<br><br>    Defendants. | **CASE NO : 5:17-cv-01663-MRW**<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Judge Michael R. Wilner |

# ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice. The Court retains jurisdiction over the matter, including any Motions to Enforce Settlement.

IT IS SO ORDERED.

DATED: April 27, 2020

_____
HONORABLE JUDGE MICHAEL R. WILNER